an Arbitrator, Pursuant to the Contract Dated May 21, 1920, between the INTER-OCEAN MERCANTILE CORPORATION, Party of the One Part, Respondents, and GERTRUDE A. BUELL, Executrix of the Estate of GEORGE C. BUELL, and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

DAVIS CREEK LAND AND COAL COMPANY, a Foreign Corporation, Respondent, v. GEORGE FRANKEL and Others, Copartners, etc., Appellants, Impleaded with Another.— Order modified by striking out paragraph numbered 3 and modifying paragraph 4 so as to confine examination thereunder as to non-payment by defendants, and as so modified affirmed, without costs. No opinion. Settle order on notice fixing date for examination to proceed. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

FELIX BERNARD, Appellant, v. FRED FISHER, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

LOUIS CEVASCO, Plaintiff, v. ALEXANDER GAZZOLA REALTY COMPANY, INC., and Another, Defendants, Impleaded with LUIGI GRAGNOLA, Appellant, and CONCETTA GAZZOLA, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

EMMETT D. PAGE, Appellant, v. CHARLES HARVEY ARCHIBALD, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

PAUL THAMM, Appellant, v. ANNA THAMM, Respondent.— Order affirmed. with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

PAUL THAMM, Appellant, v. ANNA THAMM, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

In the Matter of the Application of DORATO-CERUTTI CORPORATION, Respondent, v. EDWIN J. O'MALLEY, as Commissioner of Public Markets, Appellant, for an Order, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.; Finch and Merrell, JJ., dissenting.

HATTIE ANNA SCHWARTZ BORTEL, Respondent, v. SAMUEL BLANK, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

ALEXANDER GAZZOLA, Appellant, v. CHARLES F. SMITH, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

WILLIAM ROSENBLATT, Respondent, v. RUSSO-ASIATIC BANK, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

KELVIN ENGINEERING COMPANY, INC., Appellant, v. ALFREDO BLANCO and Others, Respondents. AMERICAN EXCHANGE NATIONAL BANK, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Page, Merrell and Finch, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. A QUANTITY OF